UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
MAR 1 7 2003
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

SUSAN TERMINI, )
 )
       Plaintiff, )
vs. )
 )  No.  4:03CV248CAS
AMDOCS LIMITED, et al., )
 )
 )
       Defendant. )

### ORDER

Pursuant to the January 2, 2003 Order Approving Stipulation And Appointing Lead Plaintiffs And Co-Lead And Liaison Counsel, section III, entered by the Honorable Henry E. Autrey in case: <u>Kerry Chambers v. AMDOCS Limited, et al., Cause Number 4:02CV950HEA</u>.

Accordingly,

IT IS HEREBY ORDERED that the above-styled cause is reassigned to **UNITED STATES DISTRICT JUDGE HENRY E. AUTREY.**

*James G. Woodward, by /s/*
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT

Dated this __17th__ day of March, 2003

**In all future documents filed with the Court, please use the following case number 4:03CV248HEA**



UNITED STATES DISTRICT COURT / EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 03/17/03 by mcrayton
         4:03cv248     Termini vs Amdocs Limited

28:1332 - Diversity:  Securities Fraud

| | |
|---|---|
| Aaron Brody - | Fax: 212-490-2022 |
| Jules Brody - | Fax: 212-490-2022 |
| Tzivia Brody - | Fax: 212-490-2022 |
| William Sussman - | Fax: 212-841-5725 |
| Joseph Weiss - | Fax: 212-682-3010 |

SCANNED & FAXED BY

MAR 17 2003

K H